FILED
AUG 1 9 2015
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

GREGORY G. HALL,

    Plaintiff,

v.                                                       Civil Action No. 1:14-cv-90

CITY OF CLARKSBURG, a municipal
corporation and political subdivision;
MARTIN G. HOWE; JAMES C. HUNT;
RALPH PEDERSON; MARGARET BAILEY;
ADAM BARBERIO; H. KEITH KESLING; and
JONATHAN R. DAVIS,

    Defendants.

## MEMORANDUM OPINION AND ORDER

Before the Court is Defendants' Joint Motion to Compel. (Docket No. 85.) The motion is before the Court as the result of allegedly unsatisfactory (or nonexistent) responses to several interrogatories and requests for production provided by Plaintiff to each of the Defendants' individual interrogatories and requests. (Docket No. 85.) Each Defendant specifically laid out the nature of the deficiencies of Plaintiff's responses in multiple good faith letters, each individually sent by each individual Defendant. (Docket No. 85, ex. C, D, E.) In the three months since the initial discovery requests Plaintiff has not supplemented the discovery or attempted to resolve the deficiencies. (Docket No. 85.) This led to Defendant filing the instant Motion on July 31, 2015. (Docket No 85.)

Plaintiff was served with the instant Motion electronically on July 31, 2015. (Docket No 85.) The Local Rules of Civil Procedure prescribe that Plaintiff has fourteen (14) days from the date of service to respond to such a motion. L. R. Civ. P. 7.02(b)(1). As of the date of this Memorandum Opinion and Order, 19 days have passed and Plaintiff has not responded or opposed the Motion in

any way. As a result, Defendants' Joint Motion to Compel is hereby **GRANTED**.

Plaintiff shall supply full and complete discovery responses to Defendants' discovery requests within twenty (20) days of the order, to wit: on or before September 8, 2015.

The Clerk shall direct copies of this order to counsel for Plaintiff and to counsel for Defendant.

It is so **ORDERED**.

DATED: August 19 2015

JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE